IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 22-00040-KD |
| | * | USAO NO. 22R00135 |
| v. | * | |
| | * | VIOLATIONS: 46 USC § 70506 (b) |
| JUSTO ARIEL HURTADO GONZALEZ, | * | 46 USC § 70503 |
| and JOSE ALBERTO GARCIA | * | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One
### Conspiracy to Distribute Cocaine on Board a Vessel
### Title 46, United States Code, Section 70506(b)

On or about March 04, 2022, within the extraterritorial jurisdiction of the United States, the defendants,

**JUSTO ARIEL HURTADO GONZALEZ and
JOSE ALBERTO GARCIA,**

did willfully, knowingly and unlawfully conspire with each other, and with other persons, both known and unknown to the Grand Jury, to distribute and possess with the intent to distribute cocaine, a Schedule II controlled substance, on board a vessel subject to the jurisdiction of the United States, contrary to Title 46, United States Code, Section 70503(a)(1).

In violation of Title 46, United States Code, Section 70506(b).

The quantity of cocaine attributable to each defendant in the conspiracy exceeds 5 kilograms; thus, each defendant is subject to the penalty provisions of Title 21, United States

Code, Section 960(b)(1)(B) as incorporated by Title 46, United States Code, Section 70506(a).

## Count Two
## Possession with the Intent to Distribute Cocaine on Board a Vessel
## Title 46, United States Code, Section 70503

On or about March 04, 2022, within the extraterritorial jurisdiction of the United States, the defendants,

**JUSTO ARIEL HURTADO GONZALEZ and
JOSE ALBERTO GARCIA,**

aided and abetted by each other and by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute approximately 510 kilograms of cocaine, a Schedule II controlled substance, on board a vessel subject to the jurisdiction of the United States.

In violation of Title 46, United States Code, Section 70503.

The quantity of cocaine involved in the offense exceeds 5 kilograms; thus, the defendants are subject to the penalty provisions of Title 21, United States Code, Section 960(b)(1)(B) as incorporated by Title 46, United States Code, Section 70506(a).

A TRUE BILL

_____
FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

2

SEAN P. COSTELLO
UNITED STATES ATTORNEY
By:

*George May by Kasee Heisterhagen*
GEORGE F. MAY
Assistant United States Attorney

*Sean P. Costello by Kasee Heisterhagen*
SEAN P. COSTELLO
Chief, Criminal Division  MARCH 2022